**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-8538**

—————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

COREY WALTON,

                Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:03-cr-00181-LMB)

—————————

Submitted: July 30, 2009           Decided: August 3, 2009

—————————

Before MOTZ, KING, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Corey Walton, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Walton appeals the district court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Walton, No. 1:03-cr-00181-LMB (E.D. Va. Filed Nov. 24, 2008 & entered Nov. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED